■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN BARKSDALE.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County, and files 6 typewritten or 19 mimeographed copies thereof, together with the original record, on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Miss Florence M. Kelley, 100 Centre Street, New York, New York is assigned as counsel for appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FLORENCE FINKELSTEIN.— Motion granted insofar as to enlarge appellant's time to procure the record on appeal and appellant's points to be served and filed to and including December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ YVONNE R. GAINES v. LAWRENCE T. GAINES.— Motion granted to the extent of continuing the stay contained in the order to show cause, dated October 6, 1959, pending the hearing and determination of the appeal, on condition that the appeal is argued or submitted on November 4, 1959. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ MARILYN SCHWARTZ v. MILTON L. SCHWARTZ.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 24, 1959, with notice of argument for January 5, 1960, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.